**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rural Arizona Maintenance Specialists LLC, <br> Plaintiff, <br> v. <br> American Bonanza Gold Corporation, et al., <br> Defendants. | NO. CV-13-02355-PHX-GMS <br><br> **CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff and at the direction of the Court, default is hereby entered against Defendants and Counterclaimants American Bonanza Gold Corporation, Bonanza Explorations Incorporated, and Kerr Mines Incorporated.

DEFAULT ENTERED this 15th day of January, 2016.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

January 15, 2016

                                        s/ Rebecca Kobza
                                  By  Deputy Clerk