IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rural Arizona Maintenance Specialists LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>American Bonanza Gold Corporation, et al.,<br><br>    Defendants/Counterclaimants. | No. CV-13-02355-PHX-GMS<br><br>**ENTRY OF DEFAULT AND DEFAULT JUDGMENT ORDER** |

Pursuant to discussions held at the hearing on January 15, 2015 and good cause appearing,

**IT IS ORDERED** granting Plaintiff/Counterdefendant's Motion for Entry of Default and for Default Judgment Against All Defendants and Counterclaimants on All Claims and Counterclaims (Doc. 130) and directing the Clerk of Court to enter default.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Rural Arizona Maintenance Specialists, LLC, an Arizona limited liability company ("RAMS"), shall have judgment from and recovery against (1) American Bonanza Gold Corp., a Canadian corporation, (2) Bonanza Explorations, Inc., a Nevada corporation, and (3) Kerr Mines, Inc., a Canadian corporation, <u>jointly and severally</u>, for the following amounts:

1. The principal amount of $1,442,856.40;

2. Statutory interest pursuant to A.R.S. § 32-1129.01(Q) in the amount of $1,025,491.89 through December 3, 2015, and continuing to accrue from December 4,

1 | 2015 at the statutory rate of 18% per annum, i.e. $750.98 per day, until paid in full; and

2 |       3.     For RAMS' costs and attorneys' fees pursuant to A.R.S. § 32-1129.01(S), in an amount to be subsequently determined by the Court pursuant a motion from RAMS in accordance with Rule 54(d)(2).

Dated this 15th day of January, 2016.

_____
Honorable G. Murray Snow
United States District Judge