# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rural Arizona Maintenance Specialists LLC,<br><br>Plaintiff,<br><br>v.<br><br>American Bonanza Gold Corporation, et al.,<br><br>Defendants. | **NO. CV-13-02355-PHX-GMS**<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed March 16, 2016, judgment is entered in favor of plaintiff in the amount of $ 676,827.60 in fees and $4,482.82 in costs for a total of $681,310.47.

                                      Brian D. Karth
                                      District Court Executive/Clerk of Court

March 16, 2016

                                      s/ Leann Dixon
                              By   Deputy Clerk